*23-000537812*

CHIEF FINANCIAL OFFICER
**JIMMY PATRONIS**
STATE OF FLORIDA

WINSOME HENRY

PLAINTIFF(S)

VS.

HARTFORD INSURANCE COMPANY OF THE
MIDWEST

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY

**CASE #:**     **CACE-23-020349**
**COURT:**    **STATE OF FLORIDA**
**COUNTY:**  **BROWARD**
**DFS-SOP #: 23-000537812**

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer
of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on
Thursday, November 2, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on
Friday, November 3, 2023 to the designated agent for the named entity as shown below.

     HARTFORD INSURANCE COMPANY OF THE MIDWEST
     DONNA MOCH
     1200 SOUTH PINE ISLAND ROAD
     PLANTATION, FL 33324

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not
responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise
ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

Jimmy Patronis
Chief Financial Officer

BRETT L SCHLACTER
THE LAW OFFICES OF BRETT L. SCHLACTER, P.A.
1108 KANE CONCOURSE SUITE 305
BAY HARBOR ISLANDS , FL 33154

JD1



EXHIBIT
**A**

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

WINSOME HENRY,

      Plaintiff,

vs.

HARTFORD INSURANCE COMPANY            CIRCUIT CIVIL DIVISION
OF THE MIDWEST,                                        Case No:

      Defendant.

_____/

## COMPLAINT

PLAINTIFF, WINSOME HENRY, by and through the undersigned attorney sues the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, (hereinafter "Defendant") and in support thereof alleges the following:

### JURISDICTIONAL ALLEGATIONS

1. This is an action for Breach of Contract for damages that are greater than $50,000.00, exclusive of interest, costs and attorney's fees.

2. At all times material hereto WINSOME HENRY, (hereinafter Plaintiff), was and is the owner of property located at 131 NW 46 AVE Plantation FL 33317.

3. At all times material hereto, the Defendant was and is a corporation authorized to do business, maintains an office and agents in Broward County, Florida and regularly sells insurance policies to the general public in Broward County.

4. Jurisdiction and venue are proper in Broward County, Florida.

## GENERAL ALLEGATIONS

5.      Prior to June 25, 2022, Defendant issued a policy of insurance to Plaintiff under Policy No.: 55RBA422705, for Plaintiff's property located at 131 NW 46 AVE Plantation FL 33317.

6.      The policy of insurance issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

7.      At all times material hereto, Plaintiff's insurance policy with Defendant was in full force and effect including on June 25, 2022, the Date of Loss.

8.      Plaintiff is not in possession of a copy of the policy to attach; however, Plaintiff believes that the Defendant has a copy of said policy.

9.      Plaintiff has complied with all terms and conditions of the Policy, and all conditions precedent to the bringing of this action have been performed, waived, or excused.

10.     At all times material hereto, HARTFORD INSURANCE COMPANY OF THE MIDWEST is not immune from liability for breach of contract pertaining to insurance coverage in accordance with Fla. Stat. §627.351(6)(s)(1) et. seq.

## COUNT I
## BREACH OF CONTRACT

11.     Plaintiff re-avers and re-alleges paragraphs 1 through 10 of this Complaint.

12.     On or about, June 25, 2022, Plaintiff's property was damaged by a covered loss.

13.     Plaintiff gave timely notice of the loss and resulting damage to Defendant and/or its authorized agents, employees or representatives.

14.     As a result of the loss on June 25, 2022, Plaintiff sustained damage to his property.

15.     Defendant has breached the policy of insurance by failing to pay the full amount of damages sustained by Plaintiff.

16.     Defendant continues to refuse to pay the full amount of Plaintiff covered losses despite Plaintiff's demands for full payment.

17.     Plaintiff has been damaged as a result of Defendant's breach as insurance benefits are due and owing, plus interest, costs and attorney's fees and costs.

18.     Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee and costs.

19.     Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to F.S. 627.428.

**WHEREFORE,** Plaintiff demands judgment for damages against Defendant, together with pre-judgment interest, costs and attorneys and any other relief this Court deems proper under the circumstances. Plaintiff demands trial by jury on all issues triable as of right.

**DATED** this October 27, 2023.

Respectfully Submitted,

/s/ Andrew Brodsky
**Andrew Brodsky, ESQ.**
Florida Bar No. 1017721

**BRETT L. SCHLACTER, ESQ.**
Florida Bar No. 98112

**SCHLACTER LAW**
1108 Kane Concourse, Suite 305
Bay Harbor Islands, Florida 33154
(305) 999 – 1111 (Telephone)
(305) 440 – 1354 (Facsimile)
E-mail: bls@schlacterlaw.com
E-mail: andrew@schlacterlaw.com
Email: michelle@schlacterlaw.com

3