UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-62283-ALTMAN/Strauss

**WINSOME HENRY**,

    *Plaintiff*,

v.

**THE HARTFORD INSURANCE COMPANY OF THE MIDWEST**,

    *Defendant*.

_____/

**ORDER**

    We have *sua sponte* reviewed the record in this case. The Defendant filed its Motion to Dismiss [ECF No. 6] on December 8, 2023. Local Rule 7.1(c)(1) provides that, "[f]or all motions, except motions served with the summons and complaint, each party opposing a motion *shall* file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion," and that "[f]ailure to do so may be deemed sufficient cause for granting the motion by default." (emphasis added). More than 14 days have passed since the Motion to Dismiss was filed, but the Plaintiff hasn't responded to it or requested an extension of time to do so. *See generally* Docket.

    Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The Defendant's Motion to Dismiss [ECF No. 6] is **GRANTED by default**. The State Court Complaint [ECF No. 1-1] contained within the Notice of Removal [ECF No. 1] is **DISMISSED without prejudice**.

2. The **Clerk of Court** is directed to **CLOSE** this case. Any pending deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on December 26, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record